Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Noel M. Hicks
Nevada Bar No. 13893
noel.hicks@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Sunrise Hospital and Medical Center, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LAKISHA LEWIS,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a Delaware Limited Liability Company; DOES I-X; and, ROE Business Entities I-X,<br><br>Defendants. | Case No.: 2:21-cv-00464-APG-VCF<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant Sunrise Hospital and Medical Center, LLC ("Defendant") hereby substitute Anthony L. Martin and Noel M. Hicks of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 3800 Howard Hughes Parkway, Suite 1500, Las Vegas, NV 89169, (702) 369-6800, as attorneys of record in place and stead of Bruce C. Young and Paige S. Shreve, Lewis Brisbois Bisgaard & Smith, 6385 S. Rainbow Boulevard, Suite 600, Las Vegas, NV 89118, (702) 892-3383.

DATED this 13th day of August, 2021.

SUNRISE HOSPITAL AND MEDICAL CENTER, LLC

By: T. Scott Noonan
Its: Vice President

We consent to the above substitution.

DATED this 30 day of August, 2021.

_____
Bruce C. Young
Paige S. Shreve
Lewis Brisbois Bisgaard & Smith

I am duly admitted to practice in this District. Above substitution accepted.

DATED this 30th day of August, 2021.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

_____
Anthony L. Martin
Nevada Bar No. 8177
Noel M. Hicks
Nevada Bar No. 13893
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169

*Attorneys for Defendant Sunrise Hospital and Medical Center, LLC*

Please check one:  X RETAINED, or ____ APPOINTED BY THE COURT

**APPROVED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8-31-2021

48111663.1

2