Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Sunrise Hospital and Medical Center, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LAKISHA LEWIS,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a Delaware Limited Liability Company; DOES I-X; and, ROE Business Entities I-X,<br><br>Defendants. | Case No.: 2:21-cv-00464-CDS-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR FILING DISPOSITIVE MOTIONS AND RESPONSES THERETO**<br><br>**(SECOND REQUEST)** |

Plaintiff Lakisha Lewis ("Plaintiff") and Defendant Sunrise Hospital and Medical Center, LLC ("Defendant") (collectively, when possible, "the Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for the Parties to file dispositive motions in this action. Pursuant to the Court's Order of August 23, 2022 Order (ECF 30), the current deadline for filing dispositive motions is Monday, December 12, 2022. Good cause exists for the proposed extension of time to file and respond to dispositive motions. The Parties previously filed three requests to extend discovery deadlines and this is the Parties' second request to extend the dispositive motion deadline.

/ / /

## I. REASONS TO EXTEND THE DISPOSITIVE MOTION DEADLINE

Defendant is requesting the additional four days to complete and file the motion. A new attorney was assigned to the case on November 21, 2022. The additional time will allow the new attorney and Defendant's inside counsel to complete the motion and coordinate the preparation of supporting affidavits. The Parties have agreed that a short continuance is warranted under these circumstances and Defendant has agreed to a commensurate extension of the Plaintiff's reply deadlines.

Based on the foregoing, the Parties have agreed that the dispositive motion deadlines should be extended in the following manner:

- Defendant shall file its dispositive motion no later than **Friday, December 16, 2022**;
- Plaintiff will file her opposition no later than **Tuesday, January 17, 2023**; and
- Defendant shall file its reply no later than **Tuesday, February 14, 2023**.

**IT IS SO STIPULATED.**

DATED this 12th day of December, 2022.   DATED this 12th day of December, 2022.

KEMP & KEMP, ATTORNEYS AT LAW             OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ James P. Kemp*                       */s/ Anthony L. Martin*

James P. Kemp, Esq.                       Anthony L. Martin
Nevada Bar No. 006375                     Nevada Bar No. 8177
7435 W. Azure Drive, Ste. 110             Noel M. Hernandez
Las Vegas, NV 89130                       Nevada Bar No. 13893
*Attorney for Plaintiff*                  10801 W. Charleston Blvd.
                                          Suite 500
                                          Las Vegas, NV  89135
                                          *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

December 12, 2022
DATE